**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LAURENTINA ANDRADE, JESUS ANDRADE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO.  1:23-CV-00466-MAC |
| GREAT LAKES REINSURANCE UK SE, | § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL

Pending before the court is the parties' *Joint Stipulation of Dismissal with Prejudice*. Doc. No. 15.  The parties have reached a settlement.  The stipulation is signed by all parties who have appeared.  *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the parties' *Joint Stipulation of Dismissal with Prejudice* (Doc. No. 15) is **ACCEPTED**.   Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court.  The court retains jurisdiction to enforce any settlement.  The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

 SIGNED at Beaumont, Texas, this 4th day of October, 2024.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE